■ VINCENT STOCKMAN, Appellant, v FLORENCE A. STOCKMAN, Respondent. [601 NYS2d 902] —Motion for reargument granted and decision filed April 14, 1993 and order entered April 14, 1993 (192 AD2d 1143) amended to delete the award of costs. Present—Callahan, J. P., Pine, Balio, Lawton and Doerr, JJ.

■ PEOPLE, Respondent, v ROBERT CHRISTOPHER NIX, Appellant. [602 NYS2d 564] —Motion for reconsideration granted and, upon reconsideration, judgment unanimously affirmed. Present—Callahan, J. P., Pine, Fallon, Doerr and Boehm, JJ. (Filed June 30, 1993.) *[See, 192 AD2d 1116.]*

■ PEOPLE, Respondent, v KEVIN FERRIN, Appellant. [— NYS2d —] —Motion to deem filing of respondent's brief as untimely granted. Memorandum: Pursuant to 22 NYCRR 1000.5 (b) (3), the People are required to file and serve their brief within 30 days of the date of service of appellant's brief. If the People wish to submit a responding brief in this matter, they must move for an extension of time to file and serve their brief. Present—Callahan, J. P., Pine, Balio, Lawton and Boomer, JJ. (Filed June 30, 1993.)

■ PEOPLE v DARRELL SHINE, Defendant. [601 NYS2d 879] —Motion to extend time to take appeal granted. Memorandum: Pursuant to 22 NYCRR 1022.11 (a), counsel is required to notify defendant in writing of defendant's right to appeal in all cases *(People v Kieffer,* 191 AD2d 1050). No exception is made for defendants who waive their right to appeal *(People v Callahan,* 80 NY2d 273). Present—Callahan, J. P., Pine, Balio, Lawton and Boomer, JJ. (Filed June 30, 1993.)